COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
2-07-396-CR

 

 

RONNIE GREER                                                                   APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

            FROM
THE 362ND DISTRICT COURT OF DENTON COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------








Appellant Ronnie Greer is
attempting to appeal from his conviction for felony driving while
intoxicated.  We must dismiss an appeal
if the trial court=s
certification shows that the appellant has no right of appeal.[2]  In this case, appellant pleaded guilty
pursuant to a plea-bargain agreement, which the trial court followed, and the
trial court certified that appellant has waived the right of appeal.  The record supports the trial court=s certification.  

We notified appellant by
letter that his appeal was subject to dismissal based on the trial court=s certification unless he filed a response showing grounds for
continuing the appeal.  Although
appellant has responded, he has not stated grounds for continuing the
appeal.  Accordingly, we dismiss the
appeal.[3]

PER CURIAM

 

PANEL
D:  CAYCE, C.J.; LIVINGSTON and
DAUPHINOT, JJ.

 

DO NOT PUBLISH        

Tex. R. App. P. 47.2(b)

 

DELIVERED:  November 29, 2007                          

 

 











[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P. 25.2(d).





[3]See
id.; Tex. R. App. P.
43.2(f).